| | |
|---|---|
| PROB 22 (CAEP)<br>(Rev. 01/24) | **DOCKET NUMBER** *(Tran. Court)*<br>0972 1:12CR00296-01 |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Rec. Court)*<br>2:25-cr-00178-JAD-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kory Ashton Orren<br>Nevada *(City/State only)* | E-CA | Fresno |

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
JUNE 13 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____AMMi_____ DEPUTY

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| DATES OF PROBATION / SUPERVISED RELEASE<br>Supervised Release | FROM<br>7/5/2024 | TO<br>7/4/2039 |

**OFFENSE**

18 USC 2252(a)(2) – Receipt or Distribution of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision intends to remain in the District of Nevada for the duration of his supervision term.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 6, 2025
*Date*

*/s/ Jennifer L. Thurston*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/16/2025
*Effective Date*

*/s/*
*United States District Judge*

CC:   United States Attorney

1

1/23/2024 CAEP